No. 67832.—George A. Abood Co., Inc. v. United States, protest 61/20284 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of sodium phosphate (brifisol 410) similiar in all material respects to that the subject of *George A. Abood Co., Inc.* v. *United States* (47 Cust. Ct. 1, C.D. 2270), the claim of the plaintiff was sustained.